# EXHIBIT 1

# EXHIBIT 1



March 24, 2010
Copyright © Las Vegas Review-Journal

## Driver arraigned in double fatality

Francis McCabe

By FRANCIS McCABE

LAS VEGAS REVIEW-JOURNAL

Negotiations are ongoing between prosecutors and a defense attorney for a 19-year-old woman accused of causing a crash that killed two people in February.

Steve Wolfson, who represents Anita Mann, said Tuesday that his client was "in full acceptance of her responsibility" and knows she will "suffer consequences."

Authorities allege Mann about midday on Feb. 16 had a blood alcohol level of 0.26 percent, more than three times the legal limit of 0.08, when the car she was driving slammed into the rear of a sport utility vehicle. Killed were Henderson residents Karen Hicks and Louis Madden, both 65.

According to her arrest report, Mann told Henderson police with slurred speech that she had been drinking, was drunk and should be taken to jail.

The crash occurred about 11:40 a.m. on Horizon Ridge Parkway at Shaded Canyon Drive, near Gibson Road.

Wolfson spoke after an arraignment in District Court before Judge Valorie Vega where Mann pleaded not guilty to the charges and invoked her right to a speedy trial.

A status check on the negotiations was set for April.

Prosecutor Jay Ramin said the two sides were talking.

Mann earlier this month was indicted by a grand jury on two counts of driving under the influence resulting in death.

Mann, who also faces charges for an earlier crash, is being held at the Clark County Detention Center on $240,000 bond, according to jail records.

Contact reporter Francis McCabe at fmccabe@reviewjournal.com or 702-380-1039.

# EXHIBIT 2

# EXHIBIT 2

Rochelle Kenney, 47, pleaded guilty last year to distribution of methadone between December 2004 and December 2006 that resulted in a death and to health care fraud during the same time period that resulted in a death.

By pleading guilty to the charges, Kenney admitted that she sold and-or gave away methadone that was paid for by Medicaid. She has been held without bail pending sentencing since entering her guilty plea.

It is up to U.S. District Judge John Woodcock to determine whether the methadone the defendant gave her brother was the sole cause of his death.

If the judge finds it is more probable than not that the methadone caused John Kenney's death, Rochelle Kenney would face a mandatory minimum sentence of 20 years in prison and a maximum sentence of life.

If Woodcock determines that the methadone did not cause

the fisherman's death, Kenney will face a maximum of 20 years in prison.

Kenney's brother John Kenney, 43, died April 26, 2005, six months after he and three crew mates survived the sinking of the 44-foot dragger Canadian Mist 30 miles southeast of Nantucket.

The day John Kenney died, his sister shared with him methadone she had picked up earlier in the day from a

Waterville clinic. Later that day, he flew with others in a private plane from Rockland to Matinicus Island to go on a fishing trip. Shortly after they arrived on the island, he was found slumped over on a doorstep at the home of the person the group had come to visit, according to court documents.

The autopsy showed that he died of "acute methadone and diazepam toxicity," the state medical examiner determined in late 2005 after toxicology tests were completed.

The autopsy also showed that John Kenney suffered from "hypertrophic cardiovascular disease," or an enlarged heart, which may have been a factor in his death, according to David Bate, the Bangor attorney for Rochelle Kenney.

We'll have more on the sentencing in tomorrow's Bangor Daily News and at bangordailynews.com

# Attorneys negotiating fate of woman accused of causing fatal crash

By admin, 28 March, 2010, No Comment

Negotiations are ongoing between prosecutors and a defense attorney for a 19-year-old woman accused of causing a crash that killed two people in February.

Steve Wolfson, who represents Anita Mann, said Tuesday that his client was "in full acceptance of her responsibility" and knows she will "suffer consequences."

Authorities allege Mann about midday on Feb. 16 had a blood alcohol level of 0.26 percent, more than three times the legal limit of 0.08, when the car she was driving slammed into the rear of a sport utility vehicle. Killed were Henderson residents Karen Hicks and Louis Madden, both 65.

According to her arrest report, Mann told Henderson police with slurred speech that she had been drinking, was drunk and should be taken to jail.

The crash occurred about 11:40 a.m. on Horizon Ridge Parkway at Shaded Canyon Drive, near Gibson Road.

Wolfson spoke after an arraignment in District Court before Judge Valorie Vega where Mann pleaded not guilty to the charges and invoked her right to a speedy trial.

A status check on the negotiations was set for April.

Prosecutor Jay Ramin said the two sides were talking.

Mann earlier this month was indicted by a grand jury on two counts of driving under the influence resulting in death.

Mann, who also faces charges for an earlier crash, is being held at the Clark County Detention Center on $240,000 bond, according to jail records.

Contact reporter Francis McCabe at fmccabe@reviewjournal.com or 702-380-1039.

# Women should be partners in shaping future

By admin, 25 March, 2010, No Comment

But society denies them education thinking they are only meant to take care of tiffanys and kids

JEDDAH: In spite of educational reforms and improvements in the role of women in Saudi society, many old-fashioned families continue to feel women are only suited to become wives and mothers.

History was made last year with the appointment, by royal decree, of a Saudi woman, Nora Al-Fayez, as deputy education minister for girls' affairs.

Despite women being recognized in the field of education, some families still feel their womenfolk should only busy themselves with household chores and raising children.

Sanaa Hamad, 26, was forced to drop out of university in Jeddah by her brother tiffany pendants her final exams. "I suffered immense psychological pain after he killed off my dreams of getting a degree," she said.

Hamad's parents encouraged her to go to university. She had exhibited herself as a bright student at high school and so selected biochemistry as her major. Some of her relatives, however, disapproved of this and tried convincing her father not to allow her to continue with her education, saying it was unbefitting for a young woman.

# EXHIBIT 3

# EXHIBIT 3

The crash occurred about 11:40 a.m. on Horizon Ridge Parkway at Shaded Canyon Drive, near Gibson Road.

Wolfson spoke after an arraignment in District Court before Judge Valorie Vega where Mann pleaded not guilty to the charges and invoked her right to a speedy trial.

A status check on the negotiations was set for April.

Prosecutor Jay Ramin said the two sides were talking.

Mann earlier this month was indicted by a grand jury on two counts of driving under the influence resulting in death.

Mann, who also faces charges for an earlier crash, is being held at the Clark County Detention Center on $240,000 bond, according to jail records.

Contact reporter Francis McCabe at fmccabe@reviewjournal.com or 702-380-1039.

# LV mayor says story about display untrue

By admin, 27 December, 2009, No Comment

No matter what you think of Oscar Goodman, you've got to admit that the Las Vegas mayor is pretty good at being indignant.

He got to serve up a double shot of ire Thursday, beating up on the news media, one of his favorite targets, while defending his beloved Mob Museum from supposedly unjustly slung arrows.

It was a news story from a Chicago television station that got him worked up. One of the exhibits **tiffany** for the planned museum is part of the wall from the infamous St. *Valentine's Day* Massacre in the Windy City, and the report questioned whether the city had as much of the wall as was represented.

The story also reported that a photo of the wall was actually a mock-up, but that was an error caused by a miscommunication between the city's public relations staff and the reporter.

Goodman initially said he hadn't seen the story, then let loose about it anyway.

"We never said we're buying it all!" Goodman shouted at his Thursday morning news conference. "That's what's wrong with members of the media who aren't honest. They put out a very untrue message.

"First of all, he called Senator Bryan the senator from Arizona, this moron. And then he said … what we busted into was not the St. *Valentine's Day* wall. We never pretended that it was."

That would be Richard Bryan, the former Nevada senator and governor who's on the museum's board of directors. At a ceremony marking the start of the final stage of construction, he and Goodman pretended to knock down a fake brick wall that was actually a set of doors leading into the museum building. That fake wall was the **key rings** mock-up that was confused with a picture of the real wall.

The museum will be housed in the old federal courthouse downtown, which is undergoing the final stages

of construction and renovation. A breakdown released Thursday pegged the budget through the museum's 2011 opening at $41.9 million, coming from a mix of city, state and federal funds.

Despite being worked up, Goodman was glad for any attention paid to the museum, which officially is the Las Vegas Museum of Organized Crime and Law Enforcement, and the famous bricks that will be on display.

"It's very significant," he said of the wall, which came to symbolize mob violence in the Al Capone era. "It represents one of the gory moments of the mob.

"That's part of what the mob's all about. These were not nice people. They engaged in activity which wasn't nice. I wouldn't want to be shot at in a garage."

The Chicago reporter, Chuck Goudie, took the shots from Goodman in stride, saying that in his three decades **necklaces** covering Chicago he'd been called much worse than "moron."

He also said Chicagoans have a much more critical attitude about a Mob Museum than the boosters here, meaning he and Goodman may agree on one thing: They're both glad the Mob Museum will be in Las Vegas.

Contact reporter Alan Choate at achoate@reviewjournal.com or 702-229-6435.

## About Me

Isabella
We are not like those cheap websites out there who sell low quality jewelry, ... Some of our designer inspired jewelry includes Tiffany Inspired Jewelry ...

## Featured Posts

- ### Recent Posts

    - Slalom Consulting; Slalom Consulting Wins Microsof
    - DNA-Directed RNA Polymerases
    - Newest Apple iPhone goes on sale Thursday
    - BYT PUBLISHES DOCUMENTS ON SALES OF DISPUTED 11 BC
    - Beat the Internet Engagement Ring Blues With the R
    - Diamond Engagement Rings For You Boasts Beautiful
    - Grace Potter adds her voice to mix
    - Western Branch girls track team heads to Oregon
    - Demand Media and Bankable Announce Deal to Launch
    - Conservatory or orangerie – it's a matter of fashi
    - White City girl recovering after being hit by van
    - Alliance for Digital Equality Makes Computer Donat
    - Felon kills ex's boyfriend
    - Pregnant woman reports boyfriend attacked her
    - Jaguar's Red Carpet Debut on Fashion's Biggest Nig

# EXHIBIT 4

# EXHIBIT 4

```
Type of Work:         Text

Registration Number / Date:
                      TX0007156393 / 2010-06-07

Application Title: Driver arraigned in double fatality.

Title:                Driver arraigned in double fatality.

Description:          Electronic file (eService)

Copyright Claimant:
                      Righthaven LLC, Transfer: By written agreement.

Date of Creation:     2010

Date of Publication:
                      2010-03-24

Nation of First Publication:
                      United States

Authorship on Application:
                      Stephens Media LLC, employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                      Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                         Avenue, Suite 210, Las Vegas, NV, 89129-7701, United
                         States, (702) 527-5900, dbrownell@righthaven.com

Names:                Stephens Media LLC
                      Righthaven LLC

================================================================================
```