J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven LLC*
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
*Staff Attorney at Righthaven LLC*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900

*Attorneys for Plaintiff Righthaven LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD HEYS, an individual;<br><br>Defendant. | Case No.: 2:10-cv-01110-KJD-RJJ<br><br>**ORDER FOR SERVICE OF PROCESS BY PUBLICATION** |

Righthaven LLC ("Righthaven") submitted to this Court a Motion and Affidavit for Service of Process by Publication for service of process to be made upon defendant, Howard Heys ("Mr. Heys").

Righthaven has made diligent efforts to serve process, but has not been able to complete service of process. Mr. Heyes last known address is 100 Western Avenue, Chicago, Illinois 60612.

4

THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT Righthaven may serve process on Mr. Heyes by publication once a week for four weeks in the Nevada Legal News or other similar publication, a paper of general circulation in Clark County, State of Nevada.  Righthaven shall file affidavits showing such service has been completed.

DATED this  21st  day of    Dec.    , 2010.

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** ___Dec. 21, 2010_____