# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RIGHTHAVEN LLC,

  Plaintiff,     Case No. 2:10-CV-01110-KJD-GWF

v.         **ORDER**

HOWARD HEYS,

  Defendant.

   On December 21, 2010, the magistrate judge granted (#11) Plaintiff's motion for service by publication (#8).  Since that date, Plaintiff has taken no action of record.  Accordingly, it is hereby ordered that Plaintiff file proof of service of the summons and complaint in accordance with the magistrate judge's order no later than April 18, 2011.  Failure to do so will result in Plaintiff's complaint being dismissed without prejudice in accordance with Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED**.

   DATED this 4th day of April 2011.


_____
Kent J. Dawson
United States District Judge