# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RIGHTHAVEN LLC,

    Plaintiff,

v.

HOWARD HEYS,

    Defendant.

Case No. 2:10-CV-01110-KJD-GWF

**ORDER**

On July 7, 2010, Plaintiff filed its Complaint (#1). On April 12, 2011, Plaintiff filed proof of service by publication. On June 19, 2011, Plaintiff filed an Amended Certificate of Interested Parties (#15). However, since that date no action of record has been taken. Accordingly, Plaintiff is ordered to show cause no later than April 24, 2012 why its complaint should not be dismissed for failure to prosecute in accordance with Local Rule 41-1. Failure to respond will result in Plaintiff's complaint being dismissed with prejudice.

**IT IS SO ORDERED.**

DATED this 9th day of April 2012.

                                                      _____
                                                      Kent J. Dawson
                                                      United States District Judge