# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RIGHTHAVEN LLC,

    Plaintiff,

v.

HOWARD HEYS, *et al*.,

    Defendants.

Case No. 2:10-CV-01110-KJD-GWF

**ORDER**

    On July 7, 2010, Plaintiff filed its Complaint (#1). On April 12, 2011, Plaintiff filed proof of service by publication. On June 19, 2011, Plaintiff filed an Amended Certificate of Interested Parties (#15). However, since that date no action of record has been taken. On April 10, 2012, the Court ordered (#16) Plaintiff to show cause, no later than April 24, 2012, why it complaint should not be dismissed for failure to prosecute. Though the time for doing so has passed, Plaintiff has failed to show cause or otherwise respond to the Court's order. Accordingly, Plaintiff's complaint is **DISMISSED with prejudice**.

**IT IS SO ORDERED**.

    DATED this 25th day of April 2012.

Kent J. Dawson
United States District Judge